UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:24-CV-00216-FDW

| WILLIAM TROY HALL, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the Consent Motion to Remand. (Doc. No. 8.) For the reasons stated in the motion, it is GRANTED. The Court finds good cause has been alleged for remand and that further administrative fact-finding is warranted. Accordingly, the Court hereby remands the case under sentence four of 42 U.S.C. § 405(g) to the Commissioner for further administrative proceedings. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).

**IT IS SO ORDERED.**

Signed: September 23, 2025

Frank D. Whitney
Senior United States District Judge